FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

ASSET CASES

Page: 1

| Case No: | 20-10498   BAK   Judge: BENJAMIN A. KAHN | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | HOWARD, MELODIE LEA | Date Filed (f) or Converted (c): | 06/01/20 (f) |
| | | 341(a) Meeting Date: | 07/07/20 |
| For Period Ending: | 01/14/22 | Claims Bar Date: | 05/13/21 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| 1. 307 N. Elam Avenue, Greensboro NC 27403  No equity in excess of lien and exemption per realtor evaluation. Order Abandoning Real Property at 307 N. Elam Ave. filed 6/30/21 Doc 115. | 260,000.00 | 0.00 | OA | 0.00 | FA | 234,046.00 | 25,954.00 |
| 2. 442 Aldridge Road, Banner Elk NC 28604  See motion to approve settlement and sale (Doc 36) and order granting (Doc 55) and Report of Sale (Doc 87) | 650,000.00 | 12,475.00 | | 12,475.00 | FA | 584,000.00 | 0.00 |
| 3. 232 S. Bald Head Wynd, Southport NC 28461  See Property 22 below  See motion to approve settlement and sale (Doc 36) and order granting (Doc 55) and Report of Sale (Doc 87). Real estate owned by LLC. | 850,000.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 4. 23252 Sudie Payne Road, Rodanthe NC 27968  See motion to approve settlement and sale (Doc 36) and order granting (Doc 55) and Report of Sale (Doc 87) | 600,000.00 | 12,475.00 | | 12,475.00 | FA | 441,600.00 | 0.00 |
| 5. 1234/1236 Carondelet Street, New Orleans LA 70130  See motion to approve settlement and sale (Doc 36) and order granting (Doc 55) and Report of Sale (Doc 87) | 750,000.00 | 12,312.50 | | 12,312.50 | FA | 501,872.00 | 0.00 |
| 6. 2007 Toyota Rav4  Debtor Claimed 100% Exemption on Form 910 | 3,500.00 | 0.00 | DA | 0.00 | FA | 0.00 | 3,500.00 |
| 7. 2017 Dodge Challenger  Fully encumbered | 18,830.00 | 0.00 | DA | 0.00 | FA | 33,500.00 | 0.00 |
| 8. Furniture, appliances, etc.  Debtor Claimed 100% Exemption on Form 910 | 1,500.00 | 0.00 | DA | 0.00 | FA | 0.00 | 1,500.00 |
| 9. Computer, Cell Phone, TV  Debtor Claimed 100% Exemption on Form 910 | 500.00 | 0.00 | DA | 0.00 | FA | 0.00 | 500.00 |
| 10. Books, pictures, etc.  Debtor Claimed 100% Exemption on Form 910 | 100.00 | 0.00 | DA | 0.00 | FA | 0.00 | 100.00 |
| 11. Piano | 200.00 | 0.00 | DA | 0.00 | FA | 0.00 | 200.00 |

PFORM1EX

Ver: 22.03f

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 20-10498   BAK   Judge: BENJAMIN A. KAHN |
| Case Name: | HOWARD, MELODIE LEA |

| Trustee Name: | EVERETT B. SASLOW, JR. |
| Date Filed (f) or Converted (c): | 06/01/20 (f) |
| 341(a) Meeting Date: | 07/07/20 |
| Claims Bar Date: | 05/13/21 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| Debtor Claimed 100% Exemption on Form 91C | | | | | | | |
| 12. Costume Jewelry  Debtor Claimed 100% Exemption on Form 91C | 100.00 | 0.00 | DA | 0.00 | FA | 0.00 | 100.00 |
| 13. (2) Cats, (1) Dog, (1) Bird  Debtor Claimed 100% Exemption on Form 91C | 100.00 | 0.00 | DA | 0.00 | FA | 0.00 | 100.00 |
| 14. Household furnishings in rental properties  See motion to approve settlement and sale (Doc 36) and order granting (Doc 55) and Report of Sale (Doc 87) | 50,000.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 15. Truliant Federal Credit Union  Debtor Claimed 100% Exemption on Form 91C | 20.00 | 0.00 | DA | 0.00 | FA | 0.00 | 20.00 |
| 16. PNC Bank  Debtor Claimed 100% Exemption on Form 91C | 3,309.00 | 0.00 | DA | 0.00 | FA | 0.00 | 3,309.00 |
| 17. Truliant Federal Credit Union  Debtor Claimed 100% Exemption on Form 91C | 5.00 | 0.00 | DA | 0.00 | FA | 0.00 | 5.00 |
| 18. State Farm Bank  Debtor Claimed 100% Exemption on Form 91C | 100.00 | 0.00 | DA | 0.00 | FA | 0.00 | 100.00 |
| 19. Truliant Federal Credit Union  Debtor Claimed 100% Exemption on Form 91C | 5.00 | 0.00 | DA | 0.00 | FA | 0.00 | 5.00 |
| 20. PNC Bank  Debtor Claimed 100% Exemption on Form 91C | 400.00 | 0.00 | DA | 0.00 | FA | 0.00 | 400.00 |
| 21. PNC Bank  Debtor Claimed 100% Exemption on Form 91C | 216.00 | 0.00 | DA | 0.00 | FA | 0.00 | 216.00 |
| 22. Flagship Vacation Properties, LLC  See motion to approve settlement and sale (Doc 36) and order granting (Doc 55) and Report of Sale (Doc 87) | 75,000.00 | 12,500.00 | | 12,500.00 | FA | 0.00 | 0.00 |
| 23. In Perspective, LLC  Debtor Claimed 100% Exemption on Form 91C | 1.00 | 0.00 | DA | 0.00 | FA | 0.00 | 1.00 |
| 24. TIAA Retirement Account  Debtor Claimed 100% Exemption on Form 91C | 46,525.00 | 0.00 | DA | 0.00 | FA | 0.00 | 46,525.00 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page: 3

| Case No: | 20-10498 BAK   Judge: BENJAMIN A. KAHN | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | HOWARD, MELODIE LEA | Date Filed (f) or Converted (c): | 06/01/20 (f) |
| | | 341(a) Meeting Date: | 07/07/20 |
| | | Claims Bar Date: | 05/13/21 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| 25. Alimony Claim<br>      Debtor Claimed 100% Exemption on Form 91C | Unknown | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 26. ED Claim<br>      No value to bankruptcy estate. See Alimony and<br>      Property Settlement Agreement dated 3/16/21 and<br>      Joint Notice of Voluntary Dismissal filed in ED Suit<br>      20 CvD 2388. | 150,000.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $3,460,411.00 | $49,762.50 | | $49,762.50 | $0.00 | $1,795,018.00 | $82,535.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6th Interim Quarterly Report.
At present, the Trustee is waiting on his CPA to prepare the 2021 fiduciary income tax returns for filing and section 505(b) prompt determination.

5th Interim Quarterly Report.
Having closed on the agreement of sale with buyer Yitzhak Miller, during the next calendar quarter the Trustee will continue work on fiduciary income tax return issues.

4th Interim Quarterly Report.
Having closed on the agreement of sale with buyer Yitzhak Miller, the Trustee will work on fiduciary income tax return issues during the next calendar quarter.

3rd Interim Quarterly Report.
Having closed on the agreement of sale with buyer Yitzhak Miller, the Trustee will review filed claims subsequent to the May 13 deadline for creditors to file proof of claim and will work on fiduciary income tax return issues.

2nd Interim Quarterly Report.
There are no open bank accounts at this time.
During the next calendar quarter, the Trustee intends to seek to close on the agreement of sale with buyer Yitzhak Miller.  The Bald Head Island property and the Banner Elk property are under contract.

1st Interim Quarterly Report.
There are no open bank accounts at this time.
During the next calendar quarter, the Trustee intends to seek to close on the agreement of sale with buyer Yitzhak Miller.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

| | | | |
|---|---|---|---|
| Case No: | 20-10498   BAK   Judge: BENJAMIN A. KAHN | Trustee Name: | EVERETT B. SASLOW, JR. |
| Case Name: | HOWARD, MELODIE LEA | Date Filed (f) or Converted (c): | 06/01/20 (f) |
| | | 341(a) Meeting Date: | 07/07/20 |
| | | Claims Bar Date: | 05/13/21 |

Initial Projected Date of Final Report (TFR): 12/31/21   Current Projected Date of Final Report (TFR): 06/30/22

/s/   EVERETT B. SASLOW, JR.
_____ Date: 01/14/22
EVERETT B. SASLOW, JR.

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 20-10498 -BAK | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | HOWARD, MELODIE LEA | Bank Name: | Axos Bank |
|  |  | Account Number: | *******5477 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3600 |  |  |
| For Period Ending: | 01/14/22 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |
|  |  |  | BALANCE FORWARD |  |  | 0.00 |
| 02/08/21 | * NOTE * | Revolution Law Group Trust Account (Yitz Miller) 1175 Revolution Mill Dr., Suite 8 Greensboro, NC 27405 | Payment of settlement amount per Or * NOTE * Properties 2, 4, 5, 22 | 49,762.50 |  | 49,762.50 |
| 03/03/21 |  | Axos Bank | BANK SERVICE FEE |  | 33.67 | 49,728.83 |
| 03/12/21 | 002001 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | Prorated premium Chapter 7 blanket bond #016036434 |  | 44.66 | 49,684.17 |
| 04/02/21 |  | Axos Bank | BANK SERVICE FEE |  | 54.89 | 49,629.28 |
| 05/03/21 |  | Axos Bank | BANK SERVICE FEE |  | 53.03 | 49,576.25 |
| 06/01/21 |  | Axos Bank | BANK SERVICE FEE |  | 54.74 | 49,521.51 |
| 07/01/21 |  | Axos Bank | BANK SERVICE FEE |  | 52.91 | 49,468.60 |
| 08/02/21 |  | Axos Bank | BANK SERVICE FEE |  | 54.62 | 49,413.98 |
| 09/01/21 |  | Axos Bank | BANK SERVICE FEE |  | 54.56 | 49,359.42 |
| 10/01/21 |  | Axos Bank | BANK SERVICE FEE |  | 52.74 | 49,306.68 |
| 11/01/21 |  | Axos Bank | BANK SERVICE FEE |  | 54.44 | 49,252.24 |
| 12/01/21 |  | Axos Bank | BANK SERVICE FEE |  | 52.63 | 49,199.61 |
| 01/03/22 |  | Axos Bank | BANK SERVICE FEE |  | 54.32 | 49,145.29 |

| Account *******5477 | Balance Forward | 0.00 |  |  |  |
|---|---|---|---|---|---|
|  | 1 Deposits | 49,762.50 | 1 Checks |  | 44.66 |
|  | 0 Interest Postings | 0.00 | 11 Adjustments Out |  | 572.55 |
|  | Subtotal | $ 49,762.50 | 0 Transfers Out |  | 0.00 |
|  | 0 Adjustments In | 0.00 | Total | $ | 617.21 |
|  | 0 Transfers In | 0.00 |  |  |  |
|  | Total | $ 49,762.50 |  |  |  |

PFORM2T

Ver: 22.03f

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 20-10498 -BAK | | Trustee Name: | EVERETT B. SASLOW, JR. |
| Case Name: | HOWARD, MELODIE LEA | | Bank Name: | Axos Bank |
| | | | Account Number: | *******5477 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3600 | | | |
| For Period Ending: | 01/14/22 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |

Trustee's Signature: __/s/   EVERETT B. SASLOW, JR._____   Date: 01/14/22
EVERETT B. SASLOW, JR.

PFORM2T

Ver: 22.03f